No. 2431. COLEMAN *v.* KEELS. April Term, 1889. This was a petition by plaintiff for a rehearing of the defendant's appeal from the order of June 7, 1888, in the case of *Coleman* v. *Keels* (30 S. C., 614), upon the ground that such appeal had been waived by defendant and dismissed by the clerk before the hearing. The petition was dismissed, the court holding:

1. That such waiver and order of dismissal had not been brought to the attention of this court, and as the papers presented showed such an appeal, it was the duty of the court to consider it.

2. Where both parties appeal in the same case, one docketing of the cause here is sufficient.

OPINION PER CURIAM, April 30, 1889. *M. C. Galluchat*, for the petitioner.

No. 2432. STATE *v.* MUSE. April Term, 1889. Order filed May 14, 1889, remitting case to the Court of General Sessions for Chester County for a new trial, granted on motion of defendant, the solicitor consenting.